**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Mack B. Yates v. Harris County

Appellate case number:    01-16-00086-CV

Trial court case number:  2014-67727

Trial court:                       113th District Court of Harris County

On April 21, 2016, appellant, Mack B. Yates, filed an affidavit of indigence in this Court in the above-referenced appeal. On June 27, 2016, this Court forwarded the affidavit to the trial court and advised the trial court clerk to send a copy of the affidavit promptly to the court reporter. We stated that a contest had to be filed within 10 days after the affidavit was received by the trial court. *See* TEX. R. APP. P. 20.1(e). We further stated that if no contest was filed, the trial court clerk was to advise this Court promptly. On September 23, 2016, a supplemental clerk's record was filed, in which the trial court clerk noted that no contest was filed.

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

It is further **ORDERED** that the District Clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(i)(4).

It is further **ORDERED** that the Court Reporter file with this Court, within 30 days of the date of this order and at no cost to appellant, the reporter's record. *See id.*

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                              ☒  Acting individually

Date:  October 6, 2016